Johnathan Tercero Yanes
#01287-138

2023 APR 11 AM 10:18

Dear First Circuit Court,  3-31-2023

I, Johnathan Tercero Yanes, case number (1: 18 CR 10450-0) respectfully come in front of your court to appeal my sentence on the grounds of ineffective assistance of counsel.

The lawyer of my case inadequately represented me through-out my case, especially with my admission of guilt plea & sentencing phases. I was falsely made to believe that the plea agreement I was accepting was for a R.I.C.O conspiracy under Title 18 section 1962 that held a minimum sentence of 0 years to the maximum sentence of 20 years. However, at my sentencing I received a term of imprisonment of 33 years (396 months). I had been informed my maximum exposure would be 20 years (240 months).

I believe I was taken advantage of by my legal counsel of my case due to my lack of knowledge of the law, the existing language barrier & inability to comprehend of the English language, lack of school education, & the inability to properly study my case & the law due to the constant segregations & lock-downs because of the pandemic.

For the reasons stated above I am appealing my sentence under the grounds of ineffective assistance of counsel. I request a full review of my case & a resentence within the statuatory limits permitted. Thank you for your time & consideration.

Sincerely,

Johnathan Tercero Yanes
#01287-138
P.O. Box 1000
U.S.P. Lewisburg
Lewisburg, PA  17837

Inmate Name: Jonathan Tercero
Register Number: 01267-138
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171

3 APR 2023 PM 4 L



USMS SCREENED

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S
COURTHOUSE
1 COURTHOUSE WAY- SOTTE 2
Boston    TTS 02