# United States Court of Appeals
## For the First Circuit

No. 22-1163

UNITED STATES,

Appellee,

v.

JONATHAN TERCERO YANES, a/k/a Desalmado,

Defendant - Appellant.

Before

Montecalvo, Kayatta and Aframe,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: April 22, 2025

    Defense counsel moves to withdraw under <u>Anders</u> v. <u>California</u>, 386 U.S. 738 (1967), and has filed a brief arguing that there are no non-frivolous grounds for appeal. Defendant-appellant Jonathan Tercero Yanes has filed a pro se supplemental brief pursuant to Local Rule 46.6(c)(4), in which he asserts a claim of ineffective assistance of counsel.

    Defendant waived his right to appeal the conviction and sentence in his plea agreement, and, after careful review of counsel's brief, as well as our own independent review of the underlying record, we see no basis for a challenge to the validity or enforceability of the waiver in this case. See <u>United States</u> v. <u>Santiago-Burgos</u>, 750 F.3d 19, 22 (1st Cir. 2014) ("A waiver of appeal is valid if it was knowingly and voluntarily executed, and if enforcement would not result in a miscarriage of justice . . . ."). In so ruling, we have considered whether enforcement of the appeal waiver in this case would work a "miscarriage of justice," and we have concluded that it would not. <u>See id</u>.

    While defendant's ineffective assistance claim is outside the scope of the appeal waiver, it is not properly raised on direct appeal. <u>See</u> <u>United States</u> v. <u>Buoi</u>, 84 F.4th 31, 40-41 (1st Cir. 2023) (stating that ineffective assistance of counsel claims "typically cannot be raised for the first time on direct review" unless the salient facts are not in dispute and the record is sufficiently developed).

Accordingly, counsel's request to withdraw is granted and the appeal is dismissed. See 1st Cir. R. 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Kaitlin R. O'Donnell
Kunal Pasricha
Philip Mallard
Theodore Marvin Lothstein
Jonathan Tercero Yanes